USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/19



# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 12, 2019

*Application Denied (Final).*

<u>Via ECF; Total Pages: 1</u>
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 17B
New York, NY 10007

Re: Leon Guzman et al. v. Sabson LLC et al
Docket No.: 1:16-cv-07871

SO ORDERED:
Date: 11/12/19
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Conference currently scheduled for November 14, 2019 at 2:00 pm. to an alternate date that is most convenient for the Court. I have previously scheduled conference which cannot be rescheduled.

I have conferred with Plaintiffs' counsel, and he consents to this adjournment request. The parties submit December 11 and 16, 2019, January 6, 7, and 2020 all after 1:00 p.m. for the courts consideration for rescheduling. This is the fourth request for adjournment in this matter. The first three requests were granted.

Thank you for your consideration and kind courtesies.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/kr
cc: Joshua S. Androphy (*Via ECF*)