UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GUARINO LEON GUZMAN, et al.,                :
                                            :
                    Plaintiffs,             :
                                            :         16 Civ. 7871
        - against -                         :
                                            :         **ORDER**
SABSON LLC, et al.,                         :
                                            :
                    Defendants.             :
------------------------------------------------------------x

     A status teleconference will be held on Tuesday, July 14, 2020 at 9:00 a.m. BOTH PARTIES ARE EXPECTED AND REQUIRED TO PARTICIPATE IN PERSON AND/OR BY COUNSEL.

     Dial-in instructions are as follows:

     Teleconference Number: 1-877-336-1829

     Access Code: 6265989

     Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Monday, July 13, 2020 noon, to obtain the security code needed to participate in the conference.

Dated: New York, New York
       July 7, 2020

                                          _____
                                            **RICHARD M. BERMAN**
                                                     U.S.D.J.