UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUARINO LEON GUZMAN, et al.,
            Government,

   -against-

SABSON LLC, et al.,
            Defendant.
------------------------------------------------------------X

16 cv 7871 (RMB)

**<u>ORDER</u>**

    The telephone status conference previously scheduled for Tuesday, August 18, 2020 at 11:00 AM is hereby rescheduled to Tuesday, August 25, 2020 at 10:00 AM.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7871

Dated: August 10, 2020
       New York, NY

                                                RICHARD M. BERMAN
                                                        U.S.D.J.