# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

kjohnson@faillacelaw.com

August 31, 2020

**BY ECF**

Honorable Richard M. Berman  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

     Re: <u>Leon Guzman et al. v. Sabson LLC et al.</u>,  
       16-cv-7871 (RMB)

Your Honor:

  This letter is to request an adjournment of the settlement approval which is due before this Court on tomorrow, September 1, 2020 (Dkt. No. 109). Due to preplanned vacation arrangements of counsel, the Parties were unable to finalize and execute a final and formal agreement. Therefore, an extension of two weeks is requested.

  I have spoken to defense counsel, who is out of the office currently, and he consents to and joins the request for an adjournment.

  Thank you in advance for the Court's time and attention to this matter.

              Respectfully Submitted,

              /s/ Kevin S. Johnson, Esq.  
              Kevin S. Johnson, Esq.  
              MICHAEL FAILLACE & ASSOCIATES, P.C.  
              *Attorneys for Plaintiffs*  
              (704) 258 – 5546

CC: (By ECF)

Joshua B Katz  
Kent, Beatty & Gordon, LLP  
Email: jbk@kbg-law.com

Alex Todd Paradiso  
Kent, Beatty & Gordon, LLP  
Email: aparadiso@fkblaw.com

> Extension granted. Parties to submit by September 15, 2020.
>
> SO ORDERED:  
> Date: 9/1/2020  *Richard M. Berman*  
>         Richard M. Berman, U.S.D.J.

*Certified as a minority-owned business in the State of New York*