**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
GUARINO LEON GUZMAN, et al.,              :
                                          :
                        Plaintiffs,       :
                                          :           16 Civ. 7871
           - against -                    :
                                          :           **ORDER**
SABSON LLC, et al.,                       :
                                          :
                        Defendants.       :
-----------------------------------------------------------------x

A status teleconference will be held on Tuesday, October 27, 2020 at 12:00 p.m. Dial-in instructions are as follows:

    Teleconference Number: 1-877-336-1829

    Access Code: 6265989

    Security code: 7871

Dated: New York, New York
       October 7, 2020

_____
  **RICHARD M. BERMAN**
          **U.S.D.J.**