UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUARINO LEON GUZMAN, et al.,              :
                                          :
                    Plaintiffs,           :
                                          :        16 Civ. 7871
        - against -                       :
                                          :        **ORDER**
SABSON LLC, et al.,                       :
                                          :
                    Defendants.           :
------------------------------------------------------------x

At the November 12, 2020 settlement conference, the Court directed counsel and the parties (principals) to attend a follow-up settlement conference scheduled for Monday, November 23, 2020 at 10:30 a.m. See Nov. 12, 2020 Tr. at 4:25-5:1; 6:21-24. The Court also stated that it would work up a schedule for the trial. Id. at 5:1-2. Based upon the record herein and the conference held on November 12, 2020, the trial schedule for this case is as follows:

1. Jury trial is scheduled for Monday, October 4, 2021;

2. All pre-trial submissions (e.g. motions in limine, joint pretrial order, joint proposed jury instructions, joint list of names and places, joint proposed verdict sheet) are due on Monday, August 16, 2021 (noon);

3. Responses to motions in limine are due on Monday, August 23, 2021 (noon);

4. A final pre-trial conference is scheduled for Thursday, September 2, 2021 at 10:00 a.m.

Dated: New York, New York
       November 18, 2020

                                          _____
                                          **RICHARD M. BERMAN**
                                          **U.S.D.J.**

1