UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUARINO LEON GUZMAN, et al.,                    :
                                                :
                    Plaintiffs,                 :
                                                :          16 Civ. 7871
           - against -                          :
                                                :          **ORDER**
SABSON LLC, et al.,                             :
                                                :
                    Defendants.                 :
------------------------------------------------------------x

       On October 7, 2016, Guarino Leon Guzman and Elideth Mendoza Herrera ("Plaintiffs") filed a complaint against Sabson LLC, Sonya Kachouh, and Sabeh Kachouh ("Defendants") for alleged violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), and the New York Labor Law §§ 190 *et seq.* and 650 *et seq.* On December 13, 2016, Plaintiffs filed an amended complaint adding state and municipal claims for sex discrimination and hostile work environment/sexual harassment. Following several efforts to settle the case, on November 23, 2020, the parties agreed to settlement terms during a conference before the Court. On July 20, 2021, Plaintiffs submitted a Settlement Agreement ("Settlement Agreement"), executed by Plaintiffs and Defendants, to the Court for its approval, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

       Having reviewed, among other things: (1) the Complaint; (2) the Amended Complaint; (3) the Court's determinations and orders in this case; (4) the transcripts of numerous status conferences and settlement conferences; (5) the Settlement Agreement; (6) Plaintiffs' counsel's *Cheeks* fairness submission; and (7) Plaintiffs' counsel's time records and expenses, **the Court finds that the Settlement Agreement is fair and reasonable** under the factors enumerated in

*Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012). The Court further finds that the attorneys' fees and costs provided for in the Settlement Agreement are reasonable. *See* 29 U.S.C. § 216(b); *see also Cheeks*, 796 F.3d at 206.

      The Settlement Agreement (ECF No. 124) is approved and the Clerk is directed to close this case.

Dated:  New York, New York
          June 9, 2022

                                                _____
                                                   **RICHARD M. BERMAN**
                                                          U.S.D.J.